UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tomeka Barnes,

    Plaintiff,

v.

City of Detroit, *et. al.*,

    Defendants.

_____/

Case No. 17-10315

Hon. Sean F. Cox

## JUDGMENT

Pursuant to the Opinion and Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Dated: July 19, 2017

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on July 20, 2017, the foregoing document was served on counsel of record via electronic means and upon Tomeka Barnes via First Class mail at the address below:

Tomeka Barnes
9307 Pickwick Cir.
Taylor, MI 48180

s/J. McCoy
Case Manager