# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 26, 2017

Ms. Tomeka Barnes
15805 Baylis
Apartment #101
Detroit, MI 48238

      Re: Case No. 17-1886, *Tomeka Barnes v. City Of Detroit Transit Dept., et al*
          Originating Case No. : 2:17-cv-10315

Dear Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                          Sincerely yours,

                          s/Roy G. Ford
                          Case Manager
                          Direct Dial No. 513-564-7016

cc:  Mr. Jason Thomas McFarlane
      Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1886

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

TOMEKA BARNES

     Plaintiff - Appellant

v.

CITY OF DETROIT TRANSIT DEPARTMENT; KIM JONES; DAN DIERKS

     Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The proper fee was not paid by September 11, 2017.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 26, 2017

_____